### UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

**BETTY HACKLEY,**

> **Plaintiff,**

**v.**                                               **Case No. 3:17-cv-1411-J-39PDB**

**GINNY'S INC.,**

> **Defendant.**

_____/

### ORDER OF DISMISSAL

This matter is before the Court on the Joint Stipulation of Voluntary Dismissal with Prejudice (Doc. No.15; Stipulation) filed on June 14, 2018. In the Stipulation, the parties indicate their agreement to dismissal of this case with prejudice. See Stipulation at 1.

Accordingly, it is hereby

**ORDERED**:

1.      This case is **DISMISSED with prejudice.**

2.      Each party shall bear its own costs and fees.

3.      The Clerk of the Court is directed to terminate all pending motions and close the file.

**DONE** and **ORDERED** in Jacksonville, Florida this 15ᵗʰ day of June, 2018.

> BRIAN J. DAVIS
> United States District Judge

*Copies to:*

Counsel of Record

*ap*